**ORSON, INC. t/a Roxy Screening Rooms**

v.

**MIRAMAX FILM CORP., Appellant.**

No. 97–1994.

United States Court of Appeals, Third Circuit.

June 8, 1999.

Before: SLOVITER, SCIRICA and ALITO, Circuit Judges.

ORDER ON REHEARING

Present: BECKER, Chief Judge, SLOVITER, MANSMANN, GREENBERG, SCIRICA, NYGAARD, ALITO, ROTH, LEWIS, and STAPLETON, Circuit Judges.

A majority of the active judges having voted for rehearing *en banc* in the above appeal, it is ORDERED that the Clerk of this Court vacate the opinion and judgment filed April 27, 1999 and list the above for rehearing *en banc* at the convenience of the Court.